IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FEDERAL TRADE COMMISSION                                                            PLAINTIFF

VS.                                   3:14-CV-00063-BRW

ABERNATHY MOTOR COMPANY, *et al.*                                              DEFENDANTS

## ORDER

All deadlines in this case are STAYED until Monday, July 6, 2015.

IT IS SO ORDERED this 15th day of April, 2015.

                                                              /s/ Billy Roy Wilson
                                                              UNITED STATES DISTRICT JUDGE