## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | Civil Action No. 3:14-cv-63 BRW/BD |
| Plaintiff, | |
| v. | |
| **ABERNATHY MOTOR COMPANY,** an Arkansas corporation, | |
| **WESLEY ABERNATHY**, individually, and as owner of Abernathy Motor Company, | |
| and | |
| **DAVID ABERNATHY**, individually, and as owner and an officer of Abernathy Motor Company, and doing business as Ab's Best Buys AMC Inc. Affiliated, | |
| Defendants. | |

## STIPULATED ORDER FOR PERMANENT INJUNCTION AND CIVIL PENALTY JUDGMENT

Plaintiff, the Federal Trade Commission ("Commission"), filed its Complaint for Civil Penalties, Injunction and Other Relief ("Complaint"), for a permanent injunction, civil penalties, and other equitable relief, pursuant to Sections 13(b) and 19 of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b) and 57b. The Commission and Defendants stipulate to entry of this Stipulated Order for Permanent Injunction and Civil Penalty Judgment ("Order") to resolve all matters in dispute in this action between them.

**THEREFORE, IT IS ORDERED** as follows:

## FINDINGS

1.      The Court has jurisdiction over this matter.

2.      The Complaint charges that Defendants violated the Commission's Used Motor Vehicle Trade Regulation Rule, 16 C.F.R. Part 455, and Section 5 of the FTC Act, 15 U.S.C. § 45, while selling or offering for sale used vehicles to consumers.

3.      Defendants neither admit nor deny any of the allegations in the Complaint, except as specifically stated in this Order.  Only for purposes of this action, Defendants admit the facts necessary to establish jurisdiction.

4.      Defendants waive any claim that they may have under the Equal Access to Justice Act, 28 U.S.C. § 2412, concerning the prosecution of this action through the date of this Order, and agree to bear their own costs and attorney fees.

5.      Defendants and the Commission waive all rights to appeal or otherwise challenge or contest the validity of this Order.

## DEFINITIONS

For purposes of this Order, the following definitions shall apply:

A.      "**Buyers Guide**" means the Buyers Guide as attached as "Attachment C."

B.      "**Defendants**" means all of the Individual Defendants and the Corporate Defendant, individually, collectively, or in any combination.

1.      "**Corporate Defendant**" means Abernathy Motor Company, also doing business as Ab's Best Buys AMC Inc. Affiliated, its successors and assigns.

2.      "**Individual Defendants**" means Wesley Abernathy and David Abernathy.

2

C.      **"Used Car Rule"** means the Commission's Used Motor Vehicle Trade Regulation Rule, 16 C.F.R. Part 455. Copies of the Used Car Rule and the FTC Publication "A Dealer's Guide to the Used Car Rule" are attached hereto as Attachments "A" and "B," respectively.

D.      **"Used Vehicle"** means any vehicle driven more than the limited use necessary in moving or road testing a new vehicle prior to delivery to a consumer, but does not include any vehicle sold only for scrap or parts (title documents surrendered to the State and a salvage certificate issued).

## ORDER

### I.      PROHIBITED BUSINESS PRACTICES

**IT IS ORDERED** that Defendants, Defendants' officers, agents, employees, and attorneys, and all other persons in active concert or participation with any of them, who receive actual notice of this Order, whether acting directly or indirectly, in connection with the promoting or offering for sale any used vehicle, are permanently restrained and enjoined from:

A.      Misrepresenting any material fact, expressly or by implication, including, but not limited to:

> 1.      the mechanical condition of a used vehicle;
>
> 2.      the terms of any warranty offered in connection with the sale of a used vehicle; and
>
> 3.      that a used vehicle is sold with a warranty when the vehicle is sold without any warranty.

B.      Failing to disclose the material terms and conditions of any offer, including, but not limited to:

3

1.    prior to sale, that a used vehicle is sold without any warranty, if no warranty is offered; and

2.    prior to sale, the terms of any written warranty offered in connection with the sale of a used vehicle.

C.    Before offering a used vehicle for sale to a consumer, failing to display a properly completed Buyers Guide, attached as Attachment "C," prominently and conspicuously in any location on that used vehicle and in such a fashion that both sides are readily readable.

D.    Failing to provide the buyer of a used vehicle with a properly completed Buyers Guide, attached as "Attachment C," containing all the disclosures required by the Used Car Rule and reflecting the warranty coverage agreed upon.

E.    Failing to include the following statement in each contract for the sale of a used vehicle to a consumer:

"The information on you see on the window form for this vehicle is part of this contract.  Information on the Window Form overrides any contrary provisions in the contract of sale."

F.    For sales conducted in Spanish,

1.    failing to provide in Spanish the buyer of a used vehicle with a properly completed Buyers Guide, as attached as "Attachment D," containing all the disclosures required by the Used Car Rule and reflecting the warranty coverage agreed upon, and

2.    failing to include in Spanish the following statement in each contract for the sale of a used vehicle to a consumer:

4

"La información que ve en el formulario de ventana para este vehículo es parte del contrato. Información en el formulario de ventana anula cualquier disposición contraria en el contrato de venta."

## II.   MONETARY JUDGMENT FOR CIVIL PENALTY

**IT IS FURTHER ORDERED** that:

A.   Judgment in the amount of Ninety Thousand Dollars ($90,000) is entered in favor of the Commission against Individual Defendants and Corporate Defendant, jointly and severally, as a civil penalty.

B.   Defendants are ordered to pay to the Commission Ninety Thousand Dollars ($90,000) which, as Defendants stipulate, their undersigned counsel holds in escrow for no purpose other than payment to the Commission. Such payment must be made within 7 days of entry of this Order by electronic fund transfer in accordance with instructions to be provided by a representative of the Commission.

## III.   ADDITIONAL MONETARY PROVISIONS

**IT IS FURTHER ORDERED** that:

A.   Defendants relinquish dominion and all legal and equitable right, title, and interest in all assets transferred pursuant to this Order and may not seek the return of any assets.

B.   The facts alleged in the Complaint will be taken as true, without further proof, in any subsequent civil litigation by or on behalf of the Commission, including in a proceeding to enforce its rights to any payment or monetary judgment pursuant to this Order.

C.   Defendants agree that the judgment represents a civil penalty owed to the government of

the United States, is not compensation for actual pecuniary loss, and, therefore, as to the

Individual Defendants, it is not subject to discharge under the Bankruptcy Code pursuant to 11

U.S.C. § 523(a)(7).

D.      Defendants acknowledge that their Taxpayer Identification Numbers (Social Security

Numbers or Employer Identification Numbers), which Defendants previously submitted to the

Commission, may be used for collecting and reporting on any delinquent amount arising out of

this Order, in accordance with 31 U.S.C. § 7701.

## IV.     ORDER ACKNOWLEDGMENTS

**IT IS FURTHER ORDERED** that Defendants obtain acknowledgments of receipt of

this Order:

A.      Each Defendant, within 7 days of entry of this Order, must submit to the Commission an

acknowledgment of receipt of this Order sworn under penalty of perjury.

B.      For 10 years after entry of this Order, each Individual Defendant for any business that

such Defendant, individually or collectively with any other Defendants, is the majority owner or

controls directly or indirectly, and the Corporate Defendant, must deliver a copy of this Order to:

(1) all principals, officers, directors, and LLC managers and members; (2) all employees, agents,

and representatives who participate in conduct related to the subject matter of the Order; and (3)

any business entity resulting from any change in structure as set forth in the Section titled

Compliance Reporting.  Delivery must occur within 7 days of entry of this Order for current

personnel.  For all others, delivery must occur before they assume their responsibilities.

C.      From each individual or entity to which a Defendant delivered a copy of this Order, that Defendant must obtain, within 30 days, a signed and dated acknowledgment of receipt of this Order.

## V.    COMPLIANCE REPORTING

**IT IS FURTHER ORDERED** that Defendants make timely submissions to the Commission:

A.      One year after entry of this Order, each Defendant must submit a compliance report, sworn under penalty of perjury:

    1.      Each Defendant must:  (a) identify the primary physical, postal, and email address and telephone number, as designated points of contact, which representatives of the Commission  may use to communicate with Defendant; (b) identify all of that Defendant's businesses by all of their names, telephone numbers, and physical, postal, email, and Internet addresses; (c) describe the activities of each business, including the goods and services offered, the means of advertising, marketing, and sales, and the involvement of any other Defendant (which each Individual Defendants must describe if he knows or should know due to his own involvement); (d) describe in detail whether and how that Defendant is in compliance with each Section of this Order; and (e) provide a copy of each Order Acknowledgment obtained pursuant to this Order, unless previously submitted to the Commission.

    2.      Additionally, each Individual Defendant must:  (a) identify all telephone numbers and all physical, postal, email and Internet addresses, including all residences; (b)

identify all business activities, including any business for which such Defendant performs services whether as an employee or otherwise and any entity in which such Defendant has any ownership interest; and (c) describe in detail such Defendant's involvement in each such business, including title, role, responsibilities, participation, authority, control, and any ownership.

B.     For 10 years after entry of this Order, each Defendant must submit a compliance notice, sworn under penalty of perjury, within 14 days of any change in the following:

1.     Each Defendant must report any change in:  (a) any designated point of contact; or (b) the structure of Corporate Defendant or any entity that Defendant has any ownership interest in or controls directly or indirectly that may affect compliance obligations arising under this Order, including:  creation, merger, sale, or dissolution of the entity or any subsidiary, parent, or affiliate that engages in any acts or practices subject to this Order.

2.     Additionally, each Individual Defendant must report any change in:  (a) name, including aliases or fictitious name, or residence address; or (b) title or role in any business activity, including any business for which such Defendant performs services whether as an employee or otherwise and any entity in which such Defendant has any ownership interest, and identify the name, physical address, and any Internet address of the business or entity.

C.     Each Defendant must submit to the Commission notice of the filing of any bankruptcy petition, insolvency proceeding, or similar proceeding by or against such Defendant within 14 days of its filing.

D.      Any submission to the Commission required by this Order to be sworn under penalty of perjury must be true and accurate and comply with 28 U.S.C. § 1746, such as by concluding: "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on:  _____" and supplying the date, signatory's full name, title (if applicable), and signature.

E.      Unless otherwise directed by a Commission representative in writing, all submissions to the Commission pursuant to this Order must be emailed to DEbrief@ftc.gov or sent by overnight courier (not the U.S. Postal Service) to:  Associate Director for Enforcement, Bureau of Consumer Protection, Federal Trade Commission, 600 Pennsylvania Avenue NW, Washington, DC 20580.  The subject line must begin:  FTC v. Abernathy Motor Company, FTC Matter No. X140020.

## VI.    RECORDKEEPING

**IT IS FURTHER ORDERED** that Defendants must create certain records for 10 years after entry of the Order, and retain each such record for 5 years.  Specifically, Corporate Defendant and each Individual Defendant for any business that such Defendant, individually or collectively with any other Defendants, is a majority owner or controls directly or indirectly, must create and retain the following records:

A.      Accounting records showing the revenues from all goods or services sold;

B.      Personnel records showing, for each person providing services, whether as an employee or otherwise, that person's:  name; addresses; telephone numbers; job title or position; dates of service; and (if applicable) the reason for termination;

9

C.      Records of all consumer complaints and refund requests, whether received directly or

indirectly, such as through a third party, and any response;

D.      All records necessary to demonstrate full compliance with each provision of this Order,

including all submissions to the Commission; and

E.      Copies of the contract of sale of each used vehicle sold to a consumer.

## VII.    COMPLIANCE MONITORING

**IT IS FURTHER ORDERED** that, for the purpose of monitoring Defendants'

compliance with this Order, and any failure to transfer any assets as required by this Order:

A.      Within 14 days of receipt of a written request from a representative of the Commission,

each Defendant must:  submit additional compliance reports or other requested information,

which must be sworn under penalty of perjury; appear for depositions; and produce documents

for inspection and copying.  The Commission is also authorized to obtain discovery, without

further leave of court, using any of the procedures prescribed by Federal Rules of Civil

Procedure 29, 30 (including telephonic depositions), 31, 33, 34, 36, 45, and 69.

B.      For matters concerning this Order, the Commission is authorized to communicate

directly with each Defendant.  Defendants must permit representatives of the Commission to

interview any employee or other person affiliated with any Defendant who has agreed to such an

interview.  The person interviewed may have counsel present.

C.      The Commission may use all other lawful means, including posing, through its

representatives as consumers, suppliers, or other individuals or entities, to Defendants or any

individual or entity affiliated with Defendants, without the necessity of identification or prior

notice.  Nothing in this Order limits the Commission's lawful use of compulsory process, pursuant to Sections 9 and 20 of the FTC Act, 15 U.S.C. §§ 49, 57b-1.

D.       Upon written request from a representative of the Commission, any consumer reporting agency must furnish consumer reports concerning Individual Defendants, pursuant to Section 604(1) of the Fair Credit Reporting Act, 15 U.S.C. §1681b(a)(1).

## VIII.   RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED** that this Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Order.


**SO ORDERED** this *23rd* day of *June* , 2015.


_____
**BILLY ROY WILSON**
**UNITED STATES DISTRICT JUDGE**

11

**SO STIPULATED AND AGREED:**

**FOR PLAINTIFF:**

**FEDERAL TRADE COMMISSION**

Date: _June 4_ , 2015

Eric N. Roberson,
Texas Bar Number 00792803
Attorney for Plaintiff
Federal Trade Commission
1999 Bryan Street, Suite 2150
Dallas, Texas 75201
(214) 979-9362  (Mr. Roberson)
(214) 979-9350  (Office)
(214) 953-3079  (Facsimile)

12

**FOR DEFENDANTS ABERNATHY MOTOR COMPANY AND WESLEY ABERNATHY:**

Date: 3/30, 2015

Dustin McDaniel
Arkansas Bar No.
Bart Calhoun
Arkansas Bar No. 2011221
McDaniel, Richardson, & Calhoun
1020 W. Fourth St., Suite 410
Little Rock, AR 72201
Phone: (501) 235-8336

Martin E. Lilly
Arkansas Bar No. 90098
Lilly Law Firm
P.O. Box 8035
Jonesboro, AR 72403-8035
Phone: (870) 935-7320
Fax: (870) 935-3762

Counsel for Defendants Abernathy Motor Company and Wesley Abernathy

13

**FOR DEFENDANT DAVID ABERNATHY:**

_[signature]_                          Date: _March 31_, 2015

Donald L. Parker II
Arkansas Bar No. 89120
Parker, Hurst, & Burnett, PLC
PO Box 1733
Jonesboro, AR 72403-1733
(870) 268-7600

Counsel for Defendant David Abernathy

14

**DEFENDANTS ABERNATHY MOTOR COMPANY AND WESLEY ABERNATHY:**

Date: 3/30, 2015

Wesley Abernathy, Individually, and as
an Officer of Abernathy Motor Company

15

**DEFENDANT DAVID ABERNATHY:**

_____     Date: ___3-31-15___, 2015
David Abernathy

16

# ATTACHMENT "A"

## Federal Trade Commission's
## Used Motor Vehicle Trade Regulation Rule
## ("Used Car Rule")

## § 455.1 General duties of a used vehicle dealer; definitions.

(a) It is a deceptive act or practice for any used vehicle dealer, when that dealer sells or offers for sale a used vehicle in or affecting commerce as *commerce* is defined in the Federal Trade Commission Act:

(1) To misrepresent the mechanical condition of a used vehicle;

(2) To misrepresent the terms of any warranty offered in connection with the sale of a used vehicle; and

(3) To represent that a used vehicle is sold with a warranty when the vehicle is sold without any warranty.

(b) It is an unfair act or practice for any used vehicle dealer, when that dealer sells or offers for sale a used vehicle in or affecting commerce as *commerce* is defined in the Federal Trade Commission Act:

(1) To fail to disclose, prior to sale, that a used vehicle is sold without any warranty; and

(2) To fail to make available, prior to sale, the terms of any written warranty offered in connection with the sale of a used vehicle.

(c) The Commission has adopted this Rule in order to prevent the unfair and deceptive acts or practices defined in paragraphs (a) and (b). It is a violation of this Rule for any used vehicle dealer to fail to comply with the requirements set forth in §§ 455.2 through 455.5 of this part. If a used vehicle dealer complies with the requirements of §§ 455.2 through 455.5 of this part, the dealer does not violate this Rule.

(d) The following definitions shall apply for purposes of this part:

(1) *Vehicle* means any motorized vehicle, other than a motorcycle, with a gross vehicle weight rating (GVWR) of less than 8500 lbs., a curb weight of less than 6,000 lbs., and a frontal area of less than 46 sq. ft.

(2) *Used vehicle* means any vehicle driven more than the limited use necessary in moving or road testing a new vehicle prior to delivery to a consumer, but does not include any vehicle sold only for scrap or parts (title documents surrendered to the State and a salvage certificate issued).

(3) *Dealer* means any person or business which sells or offers for sale a used vehicle after selling or offering for sale

## PART 455—USED MOTOR VEHICLE TRADE REGULATION RULE

Sec.
455.1  General duties of a used vehicle dealer; definitions.
455.2  Consumer sales—window form.
455.3  Window form.
455.4  Contrary statements.
455.5  Spanish language sales.
455.6  State exemptions.
455.7  Severability.

AUTHORITY: 88 Stat. 2189, 15 U.S.C. 2309; 38 Stat. 717, as amended 15 U.S.C. 41 et seq.

SOURCE: 49 FR 45725, Nov. 19, 1984, unless otherwise noted.

**Federal Trade Commission**                                    § 455.2

five (5) or more used vehicles in the previous twelve months, but does not include a bank or financial institution, a business selling a used vehicle to an employee of that business, or a lessor selling a leased vehicle by or to that vehicle's lessee or to an employee of the lessee.

(4) *Consumer* means any person who is not a used vehicle dealer.

(5) *Warranty* means any undertaking in writing, in connection with the sale by a dealer of a used vehicle, to refund, repair, replace, maintain or take other action with respect to such used vehicle and provided at no extra charge beyond the price of the used vehicle.

(6) *Implied warranty* means an implied warranty arising under State law (as modified by the Magnuson-Moss Act) in connection with the sale by a dealer of a used vehicle.

(7) *Service contract* means a contract in writing for any period of time or any specific mileage to refund, repair, replace, or maintain a used vehicle and provided at an extra charge beyond the price of the used vehicle, provided that such contract is not regulated in your State as the business of insurance.

(8) *You* means any dealer, or any agent or employee of a dealer, except where the term appears on the window form required by § 455.2(a).

## § 455.2   Consumer sales—window form.

(a) *General duty.* Before you offer a used vehicle for sale to a consumer, you must prepare, fill in as applicable and display on that vehicle a "Buyers Guide" as required by this Rule.

(1) The Buyers Guide shall be displayed prominently and conspicuously in any location on a vehicle and in such a fashion that both sides are readily readable. You may remove the form temporarily from the vehicle during any test drive, but you must return it as soon as the test drive is over.

(2) The capitalization, punctuation and wording of all items, headings, and text on the form must be exactly as required by this Rule. The entire form must be printed in 100% black ink on a white stock no smaller than 11 inches high by 7¼ inches wide in the type styles, sizes and format indicated.

§455.2                                      16 CFR Ch. I (1–1–11 Edition)

# BUYERS GUIDE

IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

VEHICLE MAKE          MODEL          YEAR          VIN NUMBER

DEALER STOCK NUMBER (Optional)

WARRANTIES FOR THIS VEHICLE:

☐ AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

☐ WARRANTY

☐ FULL ☐ LIMITED WARRANTY. The dealer will pay _____% of the labor and _____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

SYSTEMS COVERED:                    DURATION:

☐ SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductable, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

508

**Federal Trade Commission**  §455.2

Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog-racks—bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage

DEALER

ADDRESS

SEE FOR COMPLAINTS

**IMPORTANT: The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).**

When filling out the form, follow the directions in (b) through (e) of this section and §455.4 of this part.

(b) *Warranties*—(1) *No Implied Warranty—"As Is"/No Warranty.* (i) If you offer the vehicle without any implied warranty, i.e., "as is," mark the box provided. If you offer the vehicle with implied warranties only, substitute the disclosure specified below, and mark the box provided. If you first offer the vehicle "as is" or with implied warranties only but then sell it with a warranty, cross out the "As Is—No War-

ranty" or "Implied Warranties Only" disclosure, and fill in the warranty terms in accordance with paragraph (b)(2) of this section.

(ii) If your State law limits or prohibits "as is" sales of vehicles, that State law overrides this part and this rule does not give you the right to sell "as is." In such States, the heading "As Is—No Warranty" and the paragraph immediately accompanying that phrase must be deleted from the form, and the following heading and paragraph must be substituted. If you sell

509

vehicles in States that permit "as is" sales, but you choose to offer implied warranties only, you must also use the following disclosure instead of "As Is—No Warranty":[1]

IMPLIED WARRANTIES ONLY

This means that the dealer does not make any specific promises to fix things that need repair when you buy the vehicle or after the time of sale. But, State law "implied warranties" may give you some rights to have the dealer take care of serious problems that were not apparent when you bought the vehicle.

(2) *Full/Limited Warranty.* If you offer the vehicle with a warranty, briefly describe the warranty terms in the space provided. This description must include the following warranty information:

(i) Whether the warranty offered is "Full" or "Limited."[2] Mark the box next to the appropriate designation.

(ii) Which of the specific systems are covered (for example, "engine, transmission, diffential"). You cannot use shorthand, such as "drive train" or "power train" for covered systems.

(iii) The duration (for example, "30 days or 1,000 miles, whichever occurs first").

(iv) The percentage of the repair cost paid by you (for example, "The dealer will pay 100% of the labor and 100% of the parts.")

(v) If the vehicle is still under the manufacturer's original warranty, you may add the following paragraph below the "Full/Limited Warranty" disclosure: MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on the vehicle. Consult the manufacturer's warranty booklet for details as to warranty coverage, service location, etc.

If, following negotiations, you and the buyer agree to changes in the warranty coverage, mark the changes on the

form, as appropriate. If you first offer the vehicle with a warranty, but then sell it without one, cross out the offered warranty and mark either the "As Is—No Warranty" box or the "Implied Warranties Only" box, as appropriate.

(3) *Service contracts.* If you make a service contract (other than a contract that is regulated in your State as the business of insurance) available on the vehicle, you must add the following heading and paragraph below the "Full/Limited Warranty" disclosure and mark the box provided.[3]

☐Service Contract

A service contract is available at an extra charge on this vehicle. If you buy a service contract within 90 days of the time of sale, State law "implied warranties" may give you additional rights.

(c) *Name and Address.* Put the name and address of your dealership in the space provided. If you do not have a dealership, use the name and address of your place of business (for example, your service station) or your own name and home address.

(d) *Make, Model, Model Year, VIN.* Put the vehicle's name (for example, "Chevrolet"), model (for example, "Vega"), model year, and Vehicle Identification Number (VIN) in the spaces provided. You may write the dealer stock number in the space provided or you may leave this space blank.

(e) *Complaints.* In the space provided, put the name and telephone number of the person who should be contacted if any complaints arise after sale.

(f) Optional Signature Line. In the space provided for the name of the individual to be contacted in the event of complaints after sale, you may include a signature line for a buyer's signature. If you opt to include a signature line, you must include a disclosure in immediate proximity to the signature line stating: "I hereby acknowledge receipt of the Buyers Guide at the closing of this sale." You may pre-print this language on the form if you choose.

[49 FR 45725, Nov. 19, 1984, as amended at 60 FR 62205, Dec. 5, 1995]

---

[1] See § 455.5 n. 4 for the Spanish version of this disclosure.

[2] A "Full" warranty is defined by the Federal Minimum Standards for Warranty set forth in 104 of the Magnuson-Moss Warranty Act, 15 U.S.C. 2304 (1975). The Magnuson-Moss Warranty Act does not apply to vehicles manufactured before July 4, 1975. Therefore, if you choose not to designate "Full" or "Limited" for such cars, cross out both designations, leaving only "Warranty".

[3] See § 455.5 n. 4 for the Spanish version of this disclosure.

**Federal Trade Commission** §455.5

**§455.3   Window form.**

(a) *Form given to buyer*. Give the
buyer of a used vehicle sold by you the
window form displayed under §455.2
containing all of the disclosures re-
quired by the Rule and reflecting the
warranty coverage agreed upon. If you
prefer, you may give the buyer a copy
of the original, so long as that copy ac-
curately reflects all of the disclosures
required by the Rule and the warranty
coverage agreed upon.

(b) *Incorporated into contract*. The in-
formation on the final version of the
window form is incorporated into the
contract of sale for each used vehicle
you sell to a consumer. Information on
the window form overrides any con-
trary provisions in the contract of sale.
To inform the consumer of these facts,
include the following language con-
spicuously in each consumer contract
of sale:

The information you see on the window
form for this vehicle is part of this contract.

Information on the window form overrides
any contrary provisions in the contract of
sale.

**§455.4   Contrary statements.**

You may not make any statements,
oral or written, or take other actions
which alter or contradict the disclo-
sures required by §§455.2 and 455.3. You
may negotiate over warranty coverage,
as provided in §455.2(b) of this part, as
long as the final warranty terms are
identified in the contract of sale and
summarized on the copy of the window
form you give to the buyer.

**§455.5   Spanish language sales.**

If you conduct a sale in Spanish, the
window form required by §455.2 and the
contract disclosures required by §455.3
must be in that language. You may dis-
play on a vehicle both an English lan-
guage window form and a Spanish lan-
guage translation of that form. Use the
following translation and layout for
Spanish language sales:[4]

---

[4]Use the following language for the "Im-
plied Warranties Only" disclosure when re-
quired by §455.2(b)(1):

Garantías implícitas solamente

Este término significa que el vendedor no
hace promesas específicas de arreglar lo que
requiera reparación cuando usted compra el
vehículo o después del momento de la venta.
Pero, las "garantías implícitas" de la ley
estatal pueden darle a usted algunos
derechos y hacer que el vendedor resuelva
problemas graves que no fueron evidentes
cuando usted compró el vehículo.

Use the following language for the "Service
Contract" disclosure required by §455.2(b)(3):

CONTRATO DE SERVICIO. Este vehículo
tiene disponible un contrato de servicio a un
precio adicional. Pida los detalles en cuanto
a cobertura, deducible, precio y exclusiones.
Si adquiere usted un contrato de servicio
dentro de los 90 días del momento de la
venta, las "garantías implícitas" de acuerdo a
la ley del estado pueden concederle derechos
adicionales.

511

§ 455.5                                                    16 CFR Ch. I (1–1–11 Edition)

# GUÍA DEL COMPRADOR

IMPORTANTE: Las promesas verbales son difíciles de hacer cumplir. Solicite al vendedor que ponga todas las promesas por escrito. Conserve este formulario.

MARCA DEL VEHÍCULO          MODELO          AÑO          NÚMERO DE IDENTIFICACIÓN

NÚMERO DE ABASTO DEL DISTRIBUIDOR (Opcional)

GARANTÍAS PARA ESTE VEHÍCULO:

## ☐ COMO ESTÁ—SIN GARANTÍA

USTED PAGARA TODOS LOS GASTOS DE CUALQUIER REPARACIÓN QUE SEA NECESARIA. El vendedor no asume ninguna responsabilidad por cualquier reparacion, sean cuales sean las declaraciones verbales que haya hecho acerca del vehículo.

## ☐ GARANTÍA

☐ COMPLETA   ☐ LIMITADA. El vendedor pagara el _____% de la mano de obra y el _____% de los repuestos de los sistemas cubiertos que dejen de funcionar durante el periodo de garantía. Pida al vendedor una copia del documento de garantía donde se explican detalladamente la cobertura de la garantía, exclusiones y las obligaciones que tiene el vendedor de realizar reparaciones. Conforme a la ley estatal, las "garantías implícitas" pueden darle a usted incluso más derechos.

SISTEMAS CUBIERTOS POR LA GARANTÍA:          DURACIÓN:

CONTRATO DE SERVICIO. Este vehículo tiene disponible un contrato de servicio a un precio adicional. Pida los detalles en cuanto a cobertura, deducible, precio y exclusiones. Si adquiere usted un contrato de servicio dentro de los 90 días del momento de la venta, las 'garantías implícitas' de acuerdo a la ley del estado pueden concederle derechos adicionales.

INSPECCION PREVIA A LA COMPRA: PREGUNTE AL VENDEDOR SI PUEDE USTED TRAER UN MECANICO PARA QUE INSPECCIONE EL AUTOMOVIL O LLEVAR EL AUTOMOVIL PARA QUE ESTE LO INSPECCIONE EN SU TALLER.

VEASE EL DORSO DE ESTE FORMULARIO donde se proporciona información adicional importante, incluyendo una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.

512

A continuación presentamos una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.

| | |
|---|---|
| **Chasis y carrocería**<br>Chasis: grietas, soldaduras corroídas u oxidado<br>Chasis doblado o torcido | **Sistema de frenos**<br>Luz de advertencia de falla dañada<br>Pedal no firme bajo presión (Especif. del Dpto de Transp.)<br>Juego insuficiente en el pedal (Especif. del Dpto de Transp.)<br>No declina el vehículo en línea recta (Especif. del Dpto de Transp.)<br>Conductos dañados<br>Tambor o disco muy delgados (Especif. del fabricante)<br>Grosor de las bandas de los frenos menor de 1/32 de pulgada<br>Sistema de servofreno del todo o con escape<br>Partes estructurales o mecánicas dañadas |
| **Motor**<br>Fuga de aceite, excluyendo el escape normal<br>Bloque o tapa de recámara agrietados<br>Correas que faltan o no funcionan<br>Falo o polomeo<br>Emisión excesiva de humo por el sistema de escape | |
| **Transmisión y eje de cardan**<br>Nivel de líquido inadecuado o fuga, excluyendo filtración normal<br>Cubierta agrietada o dañada visible<br>Vibración o ruido anormal ocasión do por una transmisión o eje<br>con cardán defectuoso<br>Cambio de marchas o funcionamiento inadecuado en cualquier<br>marcha<br>Embrague manual patina o vibra | **Sistema de dirección**<br>Juego excesivo en el volante (Especif. Dpto de Transp.)<br>Juego en el varillaje en exceso de 1/4 pulgada<br>Engranaje del sistema de dirección se agarrota<br>Ruedas delanteras mal alineadas (Especif. del Dpto de Transp.)<br>Correas del sistema de servodirección agretadas o flojas<br>Nivel del líquido del sistema de servodirección inadecuado |
| **Diferencial**<br>Nivel de líquido inadecuado o fuga excluyendo filtración normal<br>Cubierta agrietada o dañada visible<br>Ruido o vibración anormal ocasionado por diferencial defectuoso | **Sistema de suspensión**<br>Sellos de cojinete de rodamientos defectuosos<br>Piezas estructurales dobladas o dañadas<br>Barra de estabilización desconectada<br>Resorte roto<br>Montura del amort-guador floja<br>Bujes de goma dañados o ausentes<br>Estabilizador para curvas dañadas o ausente<br>Amortiguador tiene fuga o funciona defectuosamente |
| **Sistema de refrigeración**<br>Fuga, incluido el radiador<br>Bomba de agua defectuosa | |
| **Sistema eléctrico**<br>Fuga en las baterías<br>Alternador generador bateria o motor de arranque defectuosos | **Llantas**<br>Profundidad de la banda de rodamiento menor de 2/02 de pulgada<br>Diferentes tamaños de llanta<br>Daños visibles |
| **Sistema de combustible**<br>Escape visible de combustible | **Ruedas**<br>Grietas visibles, daños o reparaciones<br>Pernos de montaje sueltos o ausentes |
| **Accesorios averiados**<br>Indicadores o medidores del cuadro de instrumentos<br>Acondicionador de aire<br>Calefactor y descarchador | **Sistema de Escape**<br>Fuga |

VENDEDOR _____

DIRECCIÓN _____

VÉASE PARA RECLAMACIONES _____

IMPORTANTE: La información contenida en este formulario forma parte de todo contrato de compra de este vehículo. Constituye una contravención a la ley federal (16 C.F.R. 455) quitar este rótulo antes de la compra del vehículo por el consumidor (salvo para conducir el automóvil en calidad de prueba).

[49 FR 45725, Nov. 19, 1984, as amended at 60 FR 62205, Dec. 5, 1995]

## §455.6 State exemptions.

(a) If, upon application to the Commission by an appropriate State agency, the Commission determines, that—

(1) There is a State requirement in effect which applies to any transaction to which this rule applies; and

(2) That State requirement affords an overall level of protection to consumers which is as great as, or greater than, the protection afforded by this Rule; then the Commission's Rule will not be in effect in that State to the extent specified by the Commission in its determination, for as long as the State administers and enforces effectively the State requirement.

(b) Applications for exemption under subsection (a) should be directed to the Secretary of the Commission. When appropriate, proceedings will be commenced in order to make a determination described in paragraph (a) of this section, and will be conducted in accordance with subpart C of part 1 of the Commission's Rules of Practice.

## §455.7 Severability.

The provisions of this part are separate and severable from one another. If

**Pt. 456**

any provision is determined to be in-
valid, it is the Commission's intention
that the remaining provisions shall
continue in effect.

# ATTACHMENT "B"

## "A Dealer's Guide to the Used Car Rule"

# A

# Dealer's
# Guide

## to

# the Used Car Rule

**Federal Trade Commission**





National Independent Automobile Dealers Association

Dear Car Dealer:

The Federal Trade Commission and the National Independent Automobile Dealers Association are pleased to provide you with an updated copy of **A Dealer's Guide to the Used Car Rule.** The **Dealer's Guide** is part of a continuing partnership between the FTC and NIADA to educate the industry about compliance requirements. NIADA underwrote the costs of printing and distributing the previous version of the **Dealer's Guide** and it is proud to underwrite those costs for this version.

This **Dealer's Guide** defines the Rule's requirements, explains how to prepare and display the Buyers Guide, provides a compliance checklist, and includes sample Buyers Guides. We encourage you to use the **Dealer's Guide** and share it with your staff. While compliance with the Used Car Rule is required by federal law, it also can have bottom-line benefits for your dealership. That's because informed consumers are more likely to become repeat customers and provide referrals to your business.

If you have questions about the Used Car Rule, please contact John Hallerud in the FTC's Midwest Region at (312) 960-5634. If you would like additional copies of the **Dealer's Guide**, please follow the ordering instructions at the end of the booklet.

Sincerely yours,

J. Howard Beales, III
Director, Bureau of Consumer Protection
FTC

Michael R. Linn
Executive Vice President
NIADA

**M**ost car dealers who sell used vehicles must comply with the Federal Trade Commission's (FTC's) Used Car Rule. In fact, car dealers who sell more than five used vehicles in a 12-month period must comply with the Rule. Banks and financial institutions are exempt from the Rule, as are businesses that sell vehicles to their employees, and lessors who sell a leased vehicle to a lessee, an employee of the lessee, or a buyer found by the lessee.

The Used Car Rule applies in all states except Maine and Wisconsin. These two states are exempt because they have similar regulations that require dealers to post disclosures on used vehicles. The Rule applies in the District of Columbia, Puerto Rico, Guam, the U.S. Virgin Islands, and American Samoa.

This booklet defines the Rule's requirements, explains how to prepare and display the Buyers Guide, and offers a compliance checklist.

You must post a Buyers Guide before you "offer" a used vehicle for sale. A vehicle is offered for sale when you display it for sale or let a customer inspect it for the purpose of buying it, even if the car is not fully prepared for delivery. This requirement also applies to used vehicles for sale on your lot through consignment, power of attorney, or other agreement. At public auctions, dealers **and** the auction company must comply. The Rule does not apply at auctions that are closed to consumers.

Previously titled or not, any vehicle driven for purposes other than moving or test driving, is considered a used vehicle, including light-duty vans, light-duty trucks, demonstrators, and program cars that meet the following specifications:

- a gross vehicle weight rating (GVWR) of less than 8,500 pounds;

- a curb weight of less than 6,000 pounds; and

- a frontal area of less than 46 square feet.

Exceptions to the Rule are:

- motorcycles;

- any vehicle sold for scrap or parts if the dealer submits title documents to the appropriate state authority and obtains a salvage certification; and

- agricultural equipment.



# The Buyers Guide

A disclosure document that gives consumers important purchasing and warranty information, the Buyers Guide tells consumers:

- whether the vehicle is being sold "as is" or with a warranty;
- what percentage of the repair costs a dealer will pay under warranty;
- that oral promises are difficult to enforce;
- to get all promises in writing;
- to keep the Buyers Guide for reference after the sale;
- the major mechanical and electrical systems on the car, as well as some of the major problems that consumers should look out for; and
- to ask to have the car inspected by an independent mechanic before they buy.

**If you conduct a used car transaction in Spanish,** you must post a Spanish language Buyers Guide on the vehicle before you display or offer it for sale. (*See pages 12-13.*)

The Buyers Guide must be posted **prominently and conspicuously** on or in a vehicle when a car is available for sale. This means it must be in plain view and both sides must be visible. You can hang the Guide from the rear-view mirror inside the car or on a side-view mirror outside the car. You also can place it under a windshield wiper. The Guide also can be attached to a side window. A Guide in a glove compartment, trunk or under the seat is **not** conspicuous because it is not in plain sight.

You may remove the Guide for a test drive, but you must replace it as soon as the test drive is over.

## Vehicle Information

At the top of the Guide, fill in the vehicle make, model, model year, and vehicle identification number (VIN). Write in a dealer stock number if you wish.

## Dealer Information

On the back of the Guide, fill in the name and address of your dealership. Also fill in the name (or position) and the telephone number of the person the consumer should contact with complaints. You may use a rubber stamp or preprint your Guide with this information.

## Optional Signature Line

You may include a signature line on the Guide and you may ask the buyer to sign to acknowledge that he or she has received the Guide. If you opt for a signature line, you must include a disclosure near it that says: "I hereby acknowledge receipt of the Buyers Guide at the closing of this sale." This language can be preprinted on the form. The signature line and the required disclosure must appear in the space provided for the name of the individual to be contacted in the event of complaints after the sale.



**2**



# Warranty Information

- The Buyers Guide has two versions: One says "As Is-No Warranty;" the other says "Implied Warranties Only."

- *As Is-No Warranty.* If state law allows it, and you choose not to offer a warranty — written or implied — you must use the "As Is" version and check the box next to the heading "As Is-No Warranty" on the Guide. (*See page 8.*)

- *Implied Warranties Only.* In states that limit or prohibit the elimination of implied warranties, you must use the "Implied Warranties Only" version and check the box next to the "Implied Warranties Only" heading if you don't offer a written warranty. *(See page 10.)*

- *Warranty.* If you offer the vehicle with an express warranty, you must check the box next to the heading "Warranty" and complete that section of the Guide. Warranties required by state law must be disclosed in this section. Your state Attorney General can tell you about state warranty requirements.

**State Law.** In some states, use of the "As Is-No Warranty" Buyers Guide may be legally sufficient to eliminate implied warranties. In other states "as is" sales are allowed only if specific action is taken or certain language is used. For example, some states may require you to eliminate implied warranties by using special language and/or a document other than the Guide.

If you're not sure which version of the Buyers Guide you should use or if you have questions about state requirements, contact the FTC or your state Attorney General.

## Is the Warranty "Full" or "Limited"?

For a warranty to be considered "full:"
- Warranty service must be provided to anyone who owns the vehicle during the warranty period.

- Warranty service must be provided free of charge when necessary, even for services like removing and reinstalling a system covered by the warranty.

- The consumer must be able to choose either a replacement or a refund if the vehicle can't be repaired after a reasonable number of tries.

- The consumer is not required to take any action to receive service, except to give notice that service is needed. Service must be rendered after notice unless the warrantor can demonstrate that it is reasonable to require consumers to do more than give notice.

- The length of implied warranties must not be limited.

The warranty is considered "limited" if any of these conditions don't apply.

## What Percentage of Costs Does the Warranty Cover?

Fill in the percentage of parts and labor costs covered by the warranty in the spaces provided. If a deductible applies to repairs made under the warranty, put an asterisk next to the number and explain the deductible in the "systems covered/duration" section. For example, "*A $50 deductible applies to each repair visit." (*See page 8.*)

**3**

## What Systems Are Covered? For How Long?

There's one column to list the systems covered, and another to list the length of the warranty for each system. In the left hand column, you must specify each system that's covered by the warranty. The Rule prohibits the use of shorthand phrases such as "drive train" or "power train" because it's not always clear what specific components are included in the "power train" or "drive train."

In the right hand column, you must state the length of the warranty for each system. If all systems are covered for the same length of time, you may state the duration once.

## What if the Manufacturer's Warranty Still Applies?

If the manufacturer's warranty hasn't expired, you may disclose this fact by checking the "Warranty" box and including this disclosure in the "systems covered/duration" section: "MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on the vehicle. Consult the manufacturer's warranty booklet for details as to warranty coverage, service location, etc." The disclosure must be stated in the exact language quoted above. Using phrases such as "balance of factory warranty" are not sufficient.



If the consumer must pay to get coverage under the manufacturer's warranty, you may not check the "Warranty" box. Such coverage is considered a service contract. However, you may check the "warranty" box if you pay for coverage from the manufacturer and the consumer doesn't have to pay anything more than the price of the vehicle to get the coverage. If you provide a warranty in addition to the unexpired manufacturer's warranty, explain the terms of your warranty on the Buyers Guide. (*See page 8.*)

## Where Should Negotiated Warranty Changes Be Included?

If you and the consumer negotiate changes in the warranty, the Buyers Guide must reflect the changes. For example, if you offer to cover 50 percent of the cost of parts and labor for certain repairs, but agree to cover 100 percent of the cost of parts and labor after negotiating with the customer, you must cross out the "50 percent" disclosure and write in "100 percent." Similarly, if you first offer the vehicle "as is" but then agree to provide a warranty, you must cross out the "As Is-No Warranty" disclosure and complete the "Warranty" section of the Buyers Guide properly.

# What About Service Contracts?

If you offer a service contract for repairs, check the box next to the words "Service Contract." However, if your state regulates service contracts as the "business of insurance," you don't have to check this box. Check with your Attorney General or state insurance commissioner to find out if your state regulates service contracts as insurance.

# What Do I Have to Give the Buyer At the Sale?

You must give the buyer the original or a copy of the vehicle's Buyers Guide at the sale. **The Guide must reflect all final changes.** (*Completed samples are shown on pages 8 and 9.*) If you include a signature line on your Buyers Guides, make sure the buyer signs the Guide that reflects all final changes.

If you offer a written warranty, or if the manufacturer's warranty still applies, you also must comply with the Magnuson-Moss Warranty Act and other FTC Rules, including the "Warranty Disclosure Rule." The Warranty Act contains provisions that establish consumers' rights with respect to written warranties. For example, the Act prohibits you from eliminating implied warranties when you provide a written warranty.

The Warranty Disclosure Rule requires that you disclose certain information about the coverage of your warranty and consumers' rights under state law. This information must be included in a single document that is clear and easy to read.

# Can the Buyers Guide Serve As My Written Warranty?

The warranty information you provide on the Buyers Guide is not sufficient to meet the requirements of the Warranty Disclosure Rule. *Therefore,* your written warranty and the Buyers Guide must be two *separate documents*.

Another federal rule — the FTC's Rule on Pre-Sale Availability of Written Warranty Terms — requires that you display written warranties in close proximity to the vehicle or make them available to consumers, upon request, before they buy.

Two publications are available to help you comply with these and other federal regulations on warranties: *A Businessperson's Guide to Federal Warranty Law* and *A legal Supplement to Federal Warranty Law.* Both are available from the FTC. Call toll-free 1-877-FTC-HELP (382-4357), or write: Consumer Response Center, Federal Trade Commission, Washington, DC 20580. You also will find the full text of these publications at www.ftc.gov.

## What Disclosures Should I Make if I Offer a 50/50 Warranty or Another Type of Split Cost Warranty?

Split cost warranties are those under which the dealer pays less than 100% of the cost for a warranty repair. This type of warranty includes 50/50 warranties where the dealer pays 50% of the cost for a covered repair and the buyer pays the remaining 50%. Another type of split cost warranty is one under which the buyer pays a deductible amount and the dealer pays the remaining cost for the repair.

If you offer a split cost warranty that requires you to pay a percentage of the repair cost for covered repairs, you should include the following disclosures in your warranty document:

- The percentage of the total repair cost you will pay.

- The percentage of the total repair cost the buyer must pay.

- How the total cost of the repair will be determined. For example, your warranty might state: "The total cost of a warranty repair will be the retail price ABC motors charges for the same job." As another example, your warranty might state: "The total cost of a warranty repair will be determined by adding

**5**

the dealer's cost for parts to the labor cost. Labor will be billed at a rate of _____ per hour for the actual time required to complete the repair." As a final example, your warranty might state: "If the work is done by an outside repair shop, total cost of a repair will be the same price ABC Motors is charged by the outside shop. If the work is done by ABC Motors, the total cost of the repair will be the same price ABC Motors charges non-warranty customers for the same job."

If your warranty requires buyers to pay a deductible, your warranty document should disclose the deductible amount and the details as to when and under what circumstances the deductible must be paid.

Dealers offering split cost warranties can require that buyers return to the dealer for warranty repairs. If your warranty includes this restriction, however, you should provide an estimate of the total repair cost before work is started. This will allow the buyer to decide whether to approve the repair or have the work done elsewhere.

### Where Can I Get Copies of the Guides?

You can get Buyers Guides from business-form companies or trade associations, or you can download the Buyers Guide from the FTC's Web site. You also can generate them yourself on a computer. However, you must use the wording, type style, type sizes, and format specified in the Rule. You are not allowed to place any other wording or symbols (including logos) on the Buyers Guide. The Guides must be printed in 100% black ink on white paper cut to at least 11" x 7¼." These requirements cannot be modified in any way. You may use colored ink to fill in the blanks.

---

# How Am I Doing?

✔ Do you complete a Buyers Guide properly for each used vehicle offered for sale?

✔ Do you post the Buyers Guide *prominently and conspicuously* on each used vehicle you offer for sale?

✔ If you choose to include a signature line for the buyer's signature, do you include the following *required* disclosure language:

> *I hereby acknowledge receipt of the Buyers Guide at the closing of this sale.*

✔ Do you put the following *required* disclosure in your sales contract:

> *The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.*

✔ Do you give the vehicle's Buyers Guide or a copy to the purchaser at the time of sale and make sure it states the final negotiated warranty coverage accurately?

✔ If a sale is conducted in Spanish, do you use the Spanish language Buyers Guide?

✔ If you offer a written warranty, do you prepare a warranty document that complies with federal law? Is the warranty document available for examination by potential buyers?

**6**

## What If I Don't Comply?

Dealers who violate the Used Car Rule may be subject to penalties of up to $16,000 per violation in FTC enforcement actions. Many states have laws or regulations that are similar to the Used Car Rule. Some states incorporate the Used Car Rule by reference in their state laws. As a result, state and local law enforcement officials may have the authority to ensure that dealers post Buyers Guides and to fine them or sue them if they do not comply.

## Where Can I Get More Information?

If you have questions about the Used Car Rule, contact the FTC and request a free copy of the Rule or staff compliance guidelines for the Used Car Rule; both documents explain some aspects of the Rule in more detail. You also can download these documents from the FTC's Web site. The FTC works for the consumer to prevent fraudulent, deceptive, and unfair business practices in the marketplace and to provide information to help consumers spot, stop, and avoid them. To file a complaint or to get free information on consumer issues, visit www.ftc.gov or call toll-free, 1-877-FTC-HELP (1-877-382-4357); TTY: 1-866-653-4261. The FTC enters Internet, telemarketing, identity theft, and other fraud-related complaints into Consumer Sentinel, a secure, online database available to hundreds of civil and criminal law enforcement agencies in the U.S. and abroad.

## Your Opportunity to Comment

The National Small Business Ombudsman and 10 Regional Fairness Boards collect comments from small businesses about federal compliance and enforcement activities. Each year, the Ombudsman evaluates the conduct of these activities and rates each agency's responsiveness to small businesses. Small businesses can comment to the Ombudsman without fear of reprisal. To comment, call toll-free 1-888-REGFAIR (1-888-734-3247) or go to www.sba.gov/ombudsman.



7

*Example of a Completed Buyers Guide*

# BUYERS GUIDE

**IMPORTANT:** [illegible]

*Chevrolet          Cavalier          1995          IGIAD27P6DJ123456*
[illegible labels]

_____
[illegible]

**WARRANTIES FOR THIS VEHICLE:**

## ☐ AS IS - NO WARRANTY

[illegible]

## ☒ WARRANTY

☐ [illegible] ☒ [illegible] $100$ [illegible] $100$ [illegible]

**SYSTEMS COVERED:**
*Engine*
*Transmission & Drive Shaft*
*Differential*

*\* A $50 deductible applies to each repair visit.*

*MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on the vehicle. Consult the manufacturer's warranty booklet for details as to warranty coverage, service location, etc.*

**DURATION:**
*90 days or 3,000 miles, whichever comes first.*

☒ [illegible] 90 [illegible]

[illegible]

[illegible]

**8**

[illegible]

**Frame & Body**
[illegible]

**Engine**
[illegible]

**Transmission & Drive Shaft**
[illegible]

**Differential**
[illegible]

**Cooling System**
[illegible]

**Electrical System**
[illegible]

**Fuel System**
[illegible]

**Inoperable Accessories**
[illegible] & [illegible]

**Brake System**
[illegible] 1/32 [illegible]

**Steering System**
[illegible] 1/4 [illegible]

**Suspension System**
[illegible]

**Tires**
[illegible] 2/32 [illegible]

**Wheels**
[illegible]

**Exhaust System**
[illegible]

---

*Reliable Used Cars*
[illegible]

*1000 Downtown Expressway*
[illegible]

*Lakeside, KS 02143*

*Stan Jones, General Manager, 202-916-4554*
[illegible]

---

[illegible] (16 [illegible] 455).

*Use this Buyers Guide if your state limits or prohibits "as is" sales.*

# BUYERS GUIDE

**IMPORTANT:** ▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨.  ▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨.  ▨▨▨▨ ▨▨▨▨ ▨▨▨▨.

▨▨▨▨▨▨ ▨▨▨▨     ▨▨▨▨▨     ▨▨▨▨     ▨▨▨ ▨▨▨▨▨▨

▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨ (▨▨▨▨▨▨)

**WARRANTIES FOR THIS VEHICLE:**

☐ # IMPLIED WARRANTIES ONLY

▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨ ▨▨▨▨.  ▨▨▨, ▨▨▨▨▨ ▨▨▨ "▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨ ▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨.

☐ # WARRANTY

☐ ▨▨▨▨   ☒▨▨▨▨ ▨▨▨▨▨▨▨.  ▨▨▨ ▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ____% ▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨ ____% ▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨ ▨ ▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨ ▨ ▨▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨, ▨▨▨▨▨▨▨▨, ▨▨▨ ▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨▨.  ▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨, "▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨.

**SYSTEMS COVERED:**                                **DURATION:**

_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____
_____      _____

☐ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨.  ▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨ ▨▨▨▨ ▨▨▨▨▨▨ ▨▨ ▨▨▨▨ ▨▨▨▨▨▨.  ▨▨▨ ▨▨▨ ▨▨▨▨▨▨ ▨▨ ▨▨ ▨▨▨▨▨▨, ▨▨▨▨▨▨▨▨, ▨▨▨▨, ▨▨▨ ▨▨▨▨▨▨▨▨.  ▨▨ ▨▨▨ ▨▨▨ ▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨ 90 ▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨ ▨▨ ▨▨▨▨, ▨▨▨▨▨ ▨▨▨ "▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨.

▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨:  ▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨ ▨▨ ▨▨▨ ▨▨▨ ▨▨▨.

▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨, ▨▨▨▨▨▨▨▨ ▨ ▨▨▨▨ ▨▨ ▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨.

□□□□□ □□ □ □□□□ □□ □□□□ □□□□□ □□□□□□□ □□□□ □□□ □□□□□ □□ □□□□ □□□□□ □□□□□□□□.

**Frame & Body**
□□□□□-□□□□□, □□□□□□□□□□ □□□□□, □□ □□□□□□  □□□□□□□
□□□ □□□□□□—□□□□ □□ □□□□□□□ □□□□□

**Engine**
□□□ □□□□□□, □□□□□□□□□ □□□□□□ □□□□□□□
□□□□□□□ □□□□□ □□ □□□□
□□□□□ □□□□□□ □□ □□□□□□
□□□□□ □□ □□□□□ □□□□□ □□ □□□□□□□ □□□□□□ □□□
     □□□□ □□□□
□□□□□□□ □□□□□□ □□□□□□□□

**Transmission & Drive Shaft**
□□□□□□□ □□□□ □□□□ □□ □□□□□, □□□□□□□□ □□□□□
     □□□□□□□
□□□□□□ □□ □□□□□□ □□□□ □□□□ □□ □□□□□□
□□□□□□□ □□□□ □□ □□□□□□□ □□□□□ □□ □□□□□
     □□□□□□□□□□ □□ □□□□ □□□□
□□□□□□ □□□□□□□ □□ □□□□□□□□□□ □□ □□□ □□□□
□□□□□ □□□□ □□□□ □□ □□□□□□□

**Differential**
□□□□□□□ □□□□ □□□□ □□ □□□□□ □□□□□□□ □□□□□
     □□□□□□
□□□□□□ □□ □□□□□□ □□□□□ □□□□ □□ □□□□□□
□□□□□ □□□ □□□□□□□□ □□□□□ □□ □□□□□
     □□□□□□□□□

**Cooling System**
□□□□□□ □□□□□□□ □□□□□□□
□□□□□□□□□ □□□□□□□□ □□□□ □□□□

**Electrical System**
□□□□□□ □□□□□□
□□□□□□□ □□□□□□□□ □□□□□□□, □□□□□□□,
     □□□□□, □ □□□□□□

**Fuel System**
□□□□□ □□□□□□

**Inoperable Accessories**
□□□□□ □□ □□□□□ □□□□□
□□□ □□□□□□□□□
□□□□□ & □□□□□□□

**Brake System**
□□□□□□ □□□□□□ □□□□ □□□□□
□□□□□ □□□ □□□□ □□□□ □□□□□□ (□□ □□□.)
□□□ □□□□□□ □□□□ □□□□□ (□□ □□□.)
□□□ □□□ □□□ □□□□□ □□ □□□□□□ □□□ (□□ □□□.)
□□□□ □□□□□□
□□□□ □□ □□□□ □□ □□□□ (□□. □□□□)
□□□□□ □□ □□□ □□□□□□□ □□□ □□□□ 1/32 □□□□
□□□□□ □□□ □□□ □□□□□□□ □□ □□□□□□

**Steering System**
□□ □□□□ □□□ □□□ □□ □□□□□□□ □□□□ (□□ □□□.)
□□□□ □□□ □□ □□□□□ □□□□ □□□□ 1/4 □□□
□□□□□ □□□□ □□□□ □□ □□□□
□□□□□ □□□□□ □□□□□□ □□□□□□□ (□□ □□□.)
□□□□ □□□ □□□□ □□□□□ □□ □□□□□
□□□□□ □□□ □□□□□ □□□□□□□

**Suspension System**
□□□□ □□□□ □□□□ □□ □□□□□
□□□□□□□□ □□□□ □□□ □□ □□□□□
□□□□□□□ □□□ □□□□□□□
□□□□□ □□□□□□
□□□□□ □□□□□□ □□□□□□ □□□□
□□□□□ □□□□□□ □□□□□ □□ □□□□□
□□□□□ □□□□□□ □□□□□□ □□ □□□□□□□□□ □□□□□□□□

**Tires**
□□□□□ □□□□□ □□□□ □□□□ 2/32 □□□□
□□□□□ □□□□□□□□
□□□□□□ □□□□□

**Wheels**
□□□□□□ □□□□□, □□□□□ □□ □□□□□□
□□□□□□ □□□□ □□□□ □□ □□□□□□

**Exhaust System**
□□□□□□

_____

□□□□□

_____

□□□□□□□

_____

□□□ □□□ □□□□□□□□□□

_____

□□□□□□□□□:  □□□ □□□□□□□□□□ □□ □□□□ □□□□ □□ □□□□ □□ □□□ □□□□□□□ □□ □□□ □□□□ □□□□□□.  □□□□□□□ □□ □□□□ □□□□□
□□□□□ □□□□□□□ □□□□□□□ (□□□□□□ □□□ □□□□□□ □□ □□□□—□□□□□□) □□ □ □□□□□□□□□ □□ □□□□□□□ □□□ (16 □.□.□. 455).

*Buyers Guide in Spanish*

# GUÍA DEL COMPRADOR

▨▨▨▨▨▨▨▨: ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨. ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨. ▨▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨▨▨▨.

| | | | |
|---|---|---|---|
| ▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ | ▨▨▨▨▨▨ | ▨▨▨ | ▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨▨ |

▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ (▨▨▨▨▨▨▨)

▨▨▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨▨:

## ☐ COMO ESTÁ - SIN GARANTÍA

▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨. ▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨, ▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨ ▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨.

## ☐ GARANTÍA

☐ ▨▨▨▨▨▨▨ ☐ ▨▨▨▨▨▨▨. ▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨ ▨▨▨ % ▨▨ ▨▨ ▨▨▨▨ ▨▨ ▨▨▨▨ ▨ ▨▨ % ▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨. ▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨▨ ▨▨ ▨▨ ▨▨▨▨▨▨▨, ▨▨▨▨▨▨▨▨▨▨ ▨ ▨▨▨ ▨▨▨▨▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨ ▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨. ▨▨▨▨▨▨▨ ▨ ▨▨ ▨▨▨ ▨▨▨▨▨, ▨▨▨ "▨▨▨▨▨▨▨ ▨▨▨▨▨▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨▨ ▨ ▨▨▨▨▨ ▨▨▨▨▨▨ ▨▨▨ ▨▨▨▨▨▨▨.

**SISTEMAS CUBIERTOS POR LA GARANTIA:**    **DURACION:**

☐ **CONTRATO DE SERVICIO.** Este vehículo tiene disponible un contrato de servicio a un precio adicional. Pida los detalles en cuanto a cobertura, deducible, precio y exclusiones. Si adquiere usted un contrato de servicio dentro de los 90 días del momento de la venta, las "garantías implícitas" de acuerdo a la ley del estado pueden concederle derechos adicionales.

**INSPECCIÓN PREVIA A LA COMPRA: PREGUNTE AL VENDEDOR SI PUEDE USTED TRAER UN MECANICO PARA QUE INSPECCIONE EL AUTOMÓVIL O LLEVAR EL AUTOMÓVIL PARA QUE ESTE LO INSPECCIONE EN SU TALLER.**

**VÉASE EL DORSO DE ESTE FORMULARIO** donde se proporciona información adicional importante, incluyendo una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.

**VÉA EL OTRO LADO PARA INFORMACIÓN ADICIONAL.**

**A continuación presentamos una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.**

**Chasis y carrocería**

[illegible]

**Motor**

[illegible]

**Transmisión y eje de cardan**

[illegible]

**Diferencial**

[illegible]

**Sistema de refrigeración**

[illegible]

**Sistema electrico**

[illegible]

**Sistema de combustible**

[illegible]

**Accesorios averiados**

[illegible]

**Sistema de frenos**

[illegible]

**Sistema de dirección**

[illegible]

**Sistema de suspensión**

[illegible]

**Llantas**

[illegible]

**Ruedas**

[illegible]

**Sistema de Escape**

[illegible]

---

**VENDEDOR**

**DIRECCIÓN**

**VÉASE PARA RECLAMACIONES**

---

**IMPORTANTE: La información contenida en este formulario forma parte de todo contrato de compra de este vehículo. Constituye una contravención de la ley federal (16 C.F.R. 455) quitar este rótulo antes de la compra del vehículo por el consumidor (salvo para conducir el automóvil en calidad de prueba).**



National Independent Automobile Dealers Association

2521 Brown Boulevard, Arlington, TX 76006
Phone:  800.682.3837    Fax:  817.649.5866
www.niada.com
Michael R. Linn, Executive Vice President/CEO

The National Independent Automobile Dealers Association (NIADA) was established in 1946 and has over 18,000 members nationwide. NIADA, along with its Affiliated State Associations (chapters), is the only trade association representing licensed independent motor vehicle dealers in the United States. NIADA also has members from Canada, Puerto Rico and the U.S. Virgin Islands.

Part of NIADA's mission statement is to maintain a legislative presence representing independent automobile dealers in Congress and with Federal Regulatory Agencies. NIADA continues to work closely with the Federal Trade Commission (FTC), Internal Revenue Service (IRS) and many other regulatory agencies as well as the various Branches of our federal government.

NIADA also promotes a positive awareness of the independent dealer and the used motor vehicle industry to the consumer. NIADA enhances the reputation of our members as dealers who strive to serve the consumer fairly and honestly and still maintain a fair profit.

Another part of NIADA's mission is to promote a positive image of our members through dealer education. NIADA's "Certified Master Dealer" program, our "Regional Professional Development Seminars", along with educational sessions at each annual convention, provides dealers with unlimited opportunities to stay abreast of consumer issues, ever-changing governmental regulations and new practices within the industry. These educational forums, attended by dealers, lenders, representatives from both state and federal agencies, and others connected to the industry, have increased the overall professionalism of dealers and the industry as a whole. This "Dealers Guide to the Used Car Rule", prepared in conjunction with the Federal Trade Commission, is an example of that professionalism.



National Independent Automobile Dealers Association

NIADA is pleased to have the opportunity to work with the FTC in producing this Guide for the Motor Vehicle Industry.  This project would not have been possible without the assistance of Standard Register Corporation (SRC), Automatic Data Processing (ADP) and their Dealer CAP Program.  NIADA thanks SRC, ADP and the Dealer CAP Program for helping with the publication of this Guide.

Additional copies of this guide may be obtained by calling **NIADA** at 1-800-628-3837 or by visiting our website at www.niada.com.  You may also obtain **NIADA** membership information by calling **NIADA** or your State Independent Automobile Dealer's Association.

 **USED  CAR  DEALER** *the  official  magazine  of  NIADA*

2521 BROWN BOULEVARD          ARLINGTON, TEXAS 76006

| FEDERAL TRADE COMMISSION | ftc.gov |
| 1-877-FTC-HELP | FOR THE CONSUMER |

# ATTACHMENT "C"

# The Buyers Guide (in English)

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

VEHICLE MAKE          MODEL          YEAR          VIN NUMBER

DEALER STOCK NUMBER (Optional)

**WARRANTIES FOR THIS VEHICLE:**

## ☐ AS IS - NO WARRANTY

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

## ☐ WARRANTY

☐ FULL     ☐ LIMITED WARANTY. The dealer will pay _____% of the labor and _____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**                      **DURATION:**

☐ SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION: ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce.  Ask the dealer to put all promises in writing.  Keep this form.

VEHICLE MAKE                     MODEL                     YEAR                     VIN NUMBER

DEALER STOCK NUMBER (Optional)

**WARRANTIES FOR THIS VEHICLE:**

## ☐ IMPLIED WARRANTIES ONLY

This means that the dealer does not make any specific promises to fix things that need repair when you buy the vehicle or after the time of sale.  But, state law "implied warranties" may give you some rights to have the dealer take care of serious problems that were not apparent when you bought the vehicle.

## ☐ WARRANTY

☐ FULL      ☐ LIMITED WARANTY.  The dealer will pay ____% of the labor and ____% of the parts for the covered systems that fail during the warranty period.  Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations.  Under state law, "implied warranties" may give you even more rights.

**SYSTEMS COVERED:**                                         **DURATION:**

_____                                    _____
_____                                    _____
_____                                    _____
_____                                    _____
_____                                    _____
_____                                    _____
_____                                    _____

☐ SERVICE CONTRACT.  A service contract is available at an extra charge on this vehicle.  Ask for details as to coverage, deductible, price, and exclusions.  If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION:  ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
  Frame-cracks, corrective welds, or rusted through
  Dog tracks—bent or twisted frame

**Engine**
  Oil leakage, excluding normal seepage
  Cracked block or head
  Belts missing or inoperable
  Knocks or misses related to camshaft lifters and
    push rods
  Abnormal exhaust discharge

**Transmission & Drive Shaft**
  Improper fluid level or leakage, excluding normal
    seepage
  Cracked or damaged case which is visible
  Abnormal noise or vibration caused by faulty
    transmission or drive shaft
  Improper shifting or functioning in any gear
  Manual clutch slips or chatters

**Differential**
  Improper fluid level or leakage excluding normal
    seepage
  Cracked of damaged housing which is visible
  Abnormal noise or vibration caused by faulty
    differential

**Cooling System**
  Leakage including radiator
  Improperly functioning water pump

**Electrical System**
  Battery leakage
  Improperly functioning alternator, generator,
    battery, or starter

**Fuel System**
  Visible leakage

**Inoperable Accessories**
  Gauges or warning devices
  Air conditioner
  Heater & Defroster

**Brake System**
  Failure warning light broken
  Pedal not firm under pressure (DOT spec.)
  Not enough pedal reserve (DOT spec.)
  Does not stop vehicle in straight line (DOT spec.)
  Hoses damaged
  Drum or rotor too thin (Mfgr. Specs)
  Lining or pad thickness less than 1/32 inch
  Power unit not operating or leaking
  Structural or mechanical parts damaged

**Steering System**
  Too much free play at steering wheel (DOT specs.)
  Free play in linkage more than 1/4 inch
  Steering gear binds or jams
  Front wheels aligned improperly (DOT specs.)
  Power unit belts cracked or slipping
  Power unit fluid level improper

**Suspension System**
  Ball joint seals damaged
  Structural parts bent or damaged
  Stabilizer bar disconnected
  Spring broken
  Shock absorber mounting loose
  Rubber bushings damaged or missing
  Radius rod damaged or missing
  Shock absorber leaking or functioning improperly

**Tires**
  Tread depth less than 2/32 inch
  Sizes mismatched
  Visible damage

**Wheels**
  Visible cracks, damage or repairs
  Mounting bolts loose or missing

**Exhaust System**
  Leakage

DEALER

ADDRESS

SEE FOR COMPLAINTS

IMPORTANT:  The information on this form is part of any contract to buy this vehicle.  Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

# ATTACHMENT "D"

# The Buyers Guide (in Spanish)

# GUÍA DEL COMPRADOR

IMPORTANTE: Las promesas verbales son difíciles de hacer cumplir. Solicite al vendedor que ponga todas las promesas por escrito. Conserve este formulario.

_____   _____   _____   _____
MARCA DEL VEHÍCULO      MODELO               AÑO            NÚMERO DE IDENTIFICACIÓN

_____
NÚMERO DE ABASTO DEL DISTRIBUIDOR (Opcional)

GARANTÍAS PARA ESTE VEHÍCULO:

## ☐ COMO ESTÁ - SIN GARANTÍA

USTED PAGARÁ TODOS LOS GASTOS DE CUALQUIER REPARACIÓN QUE SEA NECESARIA. El vendedor no asume ninguna responsabilidad por cualquier reparación, sean cuales sean las declaraciones verbales que haya hecho acerca del vehículo.

## ☐ GARANTÍA

☐ COMPLETA ☐ LIMITADA. El vendedor pagará __% de la mano de obra y __% de los repuestos de los sistemas cubiertos que dejen de funcionar durante el período de garantía. Pida al vendedor una copia del documento de garantía donde se explican detalladamente la cobertura de la garantía, exclusiones y las obligaciones que tiene el vendedor de realizar reparaciones. Conforme a la ley estatal, las "garantías implícitas" pueden darle a usted incluso más derechos.

SISTEMAS CUBIERTOS POR LA GARANTÍA:          DURACIÓN:

CONTRATO DE SERVICIO. Este vehículo tiene disponible un contrato de servicio a un precio adicional. Pida los detalles en cuanto a cobertura, deducible, precio y exclusiones. Si adquiere usted un contrato de servicio dentro de los 90 días del momento de la venta, las "garantías implícitas" de acuerdo a la ley del estado pueden concederle derechos adicionales.

INSPECCIÓN PREVIA A LA COMPRA: PREGUNTE AL VENDEDOR SI PUEDE USTED TRAER UN MECÁNICO PARA QUE INSPECCIONE EL AUTOMÓVIL O LLEVAR EL AUTOMÓVIL PARA QUE ESTE LO INSPECCIONE EN SU TALLER.

VÉASE EL DORSO DE ESTE FORMULARIO donde se proporciona información adicional importante, incluyendo una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.

**VEA EL OTRO LADO PARA INFORMACIÓN ADICIONAL.**

# GUÍA DEL COMPRADOR

IMPORTANTE: Las promesas verbales son difíciles de hacer cumplir. Solicite al vendedor que ponga todas las promesas por escrito. Conserve este formulario.

MARCA DEL VEHÍCULO     MODELO          AÑO          NÚMERO DE IDENTIFICACIÓN

NÚMERO DE ABASTO DEL DISTRIBUIDOR (Opcional)

GARANTÍAS PARA ESTE VEHÍCULO:

## ☐ GARANTÍAS IMPLÍCITAS SOLAMENTE

Este término significa que el vendedor no hace promesas específicas de arreglar lo que requiera reparación cuando usted compra el vehículo o después del momento de la venta. Pero, las "garantías implícitas" de la ley estatal pueden darle a usted algunos derechos y hacer que el vendedor resuelva problemas graves que no fueron evidentes cuando usted compró el vehículo.

## ☐ GARANTÍA

☐ COMPLETA   ☐ LIMITADA. El vendedor pagará __% de la mano de obra y __% de los repuestos de los sistemas cubiertos que dejen de funcionar durante el período de garantía. Pida al vendedor una copia del documento de garantía donde se explican detalladamente la cobertura de la garantía, exclusiones y las obligaciones que tiene el vendedor de realizar reparaciones. Conforme a la ley estatal, las "garantías implícitas" pueden darle a usted incluso más derechos.

SISTEMAS CUBIERTOS POR LA GARANTÍA:          DURACIÓN:

CONTRATO DE SERVICIO. Este vehículo tiene disponible un contrato de servicio a un precio adicional. Pida los detalles en cuanto a cobertura, deducible, precio y exclusiones. Si adquiere usted un contrato de servicio dentro de los 90 días del momento de la venta, las "garantías implícitas" de acuerdo a la ley del estado pueden concederle derechos adicionales.

INSPECCIÓN PREVIA A LA COMPRA: PREGUNTE AL VENDEDOR SI PUEDE USTED TRAER UN MECÁNICO PARA QUE INSPECCIONE EL AUTOMÓVIL O LLEVAR EL AUTOMÓVIL PARA QUE ESTE LO INSPECCIONE EN SU TALLER.

VÉASE EL DORSO DE ESTE FORMULARIO donde se proporciona información adicional importante, incluyendo una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.

**VEA EL OTRO LADO PARA INFORMACIÓN ADICIONAL.**

A continuación presentamos una lista de algunos de los principales defectos que pueden ocurrir en vehículos usados.

**Chasis y carrocería**
Chasis-grietas, soldaduras correctivas u oxidadas
Chasis doblado o torcido
**Motor**
Fuga de aceite, excluyendo el escape normal
Bloque o tapa de recámara agrietados
Correas que faltan o no funcionan
Fallo o pistoneo
Emisión excesiva de humo por el sistema de escape
**Transmisión y eje de cardán**
Nivel de líquido inadecuado o fuga, excluyendo filtración normal
Cubierta agrietada o visiblemente dañada
Vibración o ruido anormal ocasionado por una transmisión o eje de cardán defectuoso
Cambio de marchas o funcionamiento inadecuado en cualquier marcha
Embrague manual patina o vibra
**Diferencial**
Nivel de líquido inadecuado o fuga excluyendo filtración normal
Cubierta agrietada o visiblemente dañada
Ruido o vibración anormal ocasionado por diferencial defectuoso
**Sistema de refrigeración**
Fuga, incluído el radiador
Bomba de agua defectuosa
**Sistema eléctrico**
Fuga en las baterías
Alternador, generador, batería, o motor de arranque defectuosos
**Sistema de combustible**
Escape visible de combustible
**Accesorios averiados**
Indicadores o medidores del cuadro de instrumentos
Acondicionador de aire
Calefactor y descarchador
**Sistema de frenos**
Luz de advertencia de falla dañada
Pedal no firme bajo presión (Especif. del Depto. de Transp.)
Juego insuficiente en el pedal (Especif. del Depto. de Transp.)
No detiene el vehículo en línea recta (Especif. del Depto. de Transp.)

Conductos dañados
Tambor o disco muy delgados (Especif. del fabricante)
Grosor de las bandas de los frenos menor de 1/32 de pulgada
Sistema de servofreno dañado o con escape
Partes estructurales o mecánicas dañadas
**Sistema de dirección**
Juego excesivo en el volante (Especif. del Depto. de Transp.)
Juego en el varillaje en exceso de 1/4 pulgada
Engranaje del volante de dirección se agarrota
Ruedas delanteras mal alineadas (Especif. del Depto. de Transp.)
Correas del sistema de servodirección agrietadas o flojas
Nivel del líquido del sistema de servodirección inadecuado
**Sistema de suspensión**
Sellos de conexión de rodamientos defectuosos
Piezas estructurales dobladas o dañadas
Barra de estabilización desconectada
Resorte roto
Montura del amortiguador floja
Bujes de goma dañadas o ausentes
Estabilizador para curvas dañadas o ausente
Amortiguador tiene fuga o funciona defectuosamente
**Llantas**
Profundidad de la banda de rodamiento menor de 2/32 de pulgada
Diferentes tamaños de llanta
Daños visibles
**Ruedas**
Grietas visibles, daños o reparaciones
Pernos de montaje sueltos o ausentes
**Sistema de Escape**
Fuga

VENDEDOR

DIRECCIÓN

VÉASE PARA RECLAMACIONES

**IMPORTANTE:** La información contenida en este formulario forma parte de todo contrato de compra de este vehículo. Constituye una contravención de la ley federal (16 C.F.R. 455) quitar este rótulo antes de la compra del vehículo por el consumidor (salvo para conducir el automóvil en calidad de prueba).